# United States District Court

WESTERN DISTRICT OF WASHINGTON

DALE MITCHELL

            v.

RON VAN BOENING

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5460 RJB/JRC

      __    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **XX**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court **ADOPTS** the Report and Recommendation (Dkt. 13);

2. The petition is **DISMISSED WITHOUT PREJUDICE** as unexhausted;

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.


| February 23, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                             *s/Mary Trent*
                                             Deputy Clerk